IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01796-PAB-KLM

VERONICA MWANGI,

     Plaintiff,

v.

ALL GENERATIONS HOME CARE,

     Defendant.

_____

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court pursuant to the **Order to Show Cause** [Docket No. 17] issued on November 18, 2010.  The Court ordered Plaintiff to show cause why it "should not recommend that the case against Defendant be dismissed pursuant to Fed. R. Civ. P. 4(m)."  *Order to Show Cause* [#17] at 2.  Plaintiff was directed to either (1) file proof of service on Defendant, or (2) respond in writing with an explanation of good cause for her failure to properly serve Defendant, or (3) provide a current address for Defendant so as to allow the United States Marshal to effect service.  *Id.*  Plaintiff's deadline for compliance with the Order to Show Cause [#17] was December 3, 2010.  To date, Plaintiff has neither filed a response nor contacted the Court in any manner.

     Plaintiff filed this civil action on July 23, 2010.  *Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915* [Docket No. 1].  The Amended Complaint [Docket No. 25] was filed on September 24, 2010.  By an Order [Docket No. 11] issued October 7,

2010, the United States Marshal was directed to serve a copy of the Summons and Amended Complaint on Defendant at the address provided by Plaintiff, 6732 W. Coal Mine Ave., #364, Littleton, CO 80123.   On October 28, 2010, the Summons was returned unexecuted with a letter indicating that the address provided by Plaintiff was a P.O. Box. *Process Receipt and Return* [Docket No. 14].   The P.O. Box owner claimed to have purchased Defendant company in  2009 after the events complained of in the Amended Complaint had occurred.  The letter was on the letterhead for Defendant company, and the United States Marshal then attempted to serve Defendant at the address provided on the letterhead, 40 W. Littleton Blvd, Suite 210-275, Littleton, CO 80120.   *See Amended Certificate of Mailing* [Docket No. 15].  On November 16, 2011, the Summons was again returned unexecuted with a notation that the address was vacant and that no company with Defendant's name had rented the space.  *Process Receipt and Return* [Docket No. 16].

As the Court explained in its Order to Show Cause [#17], while Fed. R. Civ. P. 4(c) requires that the Court effect service of the Summons and Complaint for a plaintiff proceeding *in forma pauperis*, the plaintiff must provide sufficient information for the Court to do so.  *See Hill v. Ortiz*, No. 07-cv-00571-LTB-CBS, 2008 WL 2020289, at *6 (D. Colo. May 9, 2008) (unreported decision).  Neither the address provided by Plaintiff at the time of the Complaint's filing nor the later address obtained by the United States Marshal has been sufficient to effect service on Defendant.  Despite having ample time to provide additional information about Defendant's address – both after the second Summons was returned unexecuted and after the Order to Show Cause [#17] – Plaintiff has not provided any information that the Court can use to effect service on Defendant.

Plaintiff's lawsuit was filed on July 23, 2010, *Motion and Affidavit for Leave to*

*Proceed Pursuant to 28 U.S.C. § 1915* [#1], and Plaintiff amended her Complaint on September 24, 2010, *Amended Complaint* [#25].  Pursuant to Fed. R. Civ. P. 4(m), the deadline for service on Defendant has now expired.  Although the United States Marshal was not directed to effect service until October 7, 2010, Plaintiff has not provided sufficient information to enable the Marshal to serve Defendant.  Moreover, Plaintiff failed to respond to the Order to Show Cause [#17].  At this stage, it is clear that Plaintiff cannot provide the necessary information to effect service on Defendant.

Although the Court may extend the time for a plaintiff to serve a defendant even without a showing of good cause, *Espinoza v. United States*, 52 F.3d 838, 840-41 (10th Cir.1995), the Court is not inclined to do so here.  The case against Defendant has been pending since July 2010.  Plaintiff failed to effect service of Defendant within one-hundred twenty days of the filing of this case, failed to provide sufficient contact information for the Court to do so, and failed to provide good cause for the Court to find that an opportunity exists to cure the service deficiency in the future.  Further, Plaintiff was warned in advance that the penalty for the inability to serve or for failing to provide good cause for the service delay would be dismissal of the case against the unserved Defendant.  *Order to Show Cause* [#17]; *see generally Raeth v. Bank One*, 05-cv-02644-WDM-BNB, 2008 WL 410596, at *3 & n.4 (D. Colo. Feb. 13, 2008) (unreported decision).  Accordingly,

IT IS HEREBY **ORDERED** that the Order to Show Cause [#17] is made **ABSOLUTE**.

I respectfully **RECOMMEND** that this case be **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 4(m).

IT IS FURTHER **ORDERED** that pursuant to Fed. R. Civ. P. 72, the parties shall have fourteen (14) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.   A party's failure to serve and file specific, written objections waives de novo review of the Recommendation by the District Judge, Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. *Makin v. Colo. Dep't of Corr.*, 183 F.3d 1205, 1210 (10th Cir. 1999); *Talley v. Hesse*, 91 F.3d 1411, 1412-13 (10th Cir. 1996).   A party's objections to this Recommendation must be both timely and specific to preserve an issue for de novo review by the District Court or for appellate review. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated:  January 31, 2011

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge